UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Julio Cezar Churunel Lopic,<br><br>Petitioner,<br><br>v.<br><br>Sheriff Jerry Green, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 4:26-CV-01255<br><br><br><br>Judge John R. Adams<br><br>**ORDER AND JUDGMENT ENTRY** |

Petitioner Julio Cezar Churunel Lopic's petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is pending before the Court. He contends that he is wrongfully detained without a bond hearing. The Government agrees that *Lopez-Campos, et al. v. Raycraft, et al.*, 175 F.4th 713 (6th Cir. May 11, 2026) controls. Specifically, pursuant to *Lopez-Campos*, Petitioner is entitled to a bond hearing under 8 U.S.C §1226(a) and the Fifth Amendment. Accordingly, the Petition is GRANTED. Doc. 1. The Court ORDERS that a bond hearing be conducted by an immigration judge under 8 U.S.C. §1226(a) within seven days of the issuance of this order or immediately release Petitioner. The Court further ORDERS the Government to file, within fourteen (14) days from the day of this Order, a certificate of compliance certifying that the Government has complied with this Order and stating whether Petitioner remains in custody. This matter is hereby CLOSED.

IT IS SO ORDERED.

August 4, 2026
Date

*/s/John R. Adams*
John R. Adams
U.S. District Judge